Exhibit "D"



# Department of Labor

# Attention
# Hospitality Industry Employees

Minimum Wage hourly rates effective 12/31/2018 – 12/30/2019

## New York City

| Large Employers (11 or more employees) | |
|---|---|
| **Minimum Wage** | **$15.00** |
| Overtime after 40 hours $22.50 | |
| **Fast Food Worker** | **$15.00** |
| Overtime after 40 hours | $22.50 |
| **＊Service Employee** | **$12.50** |
| Overtime after 40 hours | $20.00 |
| Resort – minimum tips | $8.40 |
| Others – minimum tips | $3.25 |
| **＊Food Service Worker** | **$10.00** |
| Overtime after 40 hours | $17.50 |

| Small Employers (10 or less employees) | |
|---|---|
| **Minimum Wage** | **$13.50** |
| Overtime after 40 hours $20.25 | |
| **Fast Food Worker** | **$15.00** |
| Overtime after 40 hours | $22.50 |
| **＊Service Employee** | **$11.25** |
| Overtime after 40 hours | $18.00 |
| Resort – minimum tips | $7.60 |
| Others – minimum tips | $2.95 |
| **＊Food Service Worker** | **$9.00** |
| Overtime after 40 hours | $15.75 |

## Long Island and Westchester County

| | |
|---|---|
| **Minimum Wage** | **$12.00** |
| Overtime after 40 hours $18.00 | |
| **Fast Food Worker** | **$12.75** |
| Overtime after 40 hours | $19.13 |
| **＊Service Employee** | **$10.00** |
| Overtime after 40 hours | $16.00 |
| Resort – minimum tips | $6.75 |
| Others – minimum tips | $2.60 |
| **＊Food Service Worker** | **$8.00** |
| Overtime after 40 hours | $14.00 |

## Remainder of New York State

| | |
|---|---|
| **Minimum Wage** | **$11.10** |
| Overtime after 40 hours $16.65 | |
| **Fast Food Worker** | **$12.75** |
| Overtime after 40 hours | $19.13 |
| **＊Service Employee** | **$9.25** |
| Overtime after 40 hours | $14.80 |
| Resort – minimum tips | $6.25 |
| Others – minimum tips | $2.40 |
| **＊Food Service Worker** | **$7.50** |
| Overtime after 40 hours | $13.05 |

If you have questions or want to file a complaint, visit www.labor.ny.gov/minimumwage or call: **(888) 469-7365**.

**Credits and Allowances** that may reduce your pay below the minimum wage rates shown above:

- **Tips** – Your employer may use a limited amount of your tips to reduce your wages. This is called a tip credit. Your employer may take a tip credit only if your tips plus wages add up to at least the minimum wage. They must still pay at least the ＊wage rates shown above.
  *Exceptions*: No tip credit can be taken from any fast food workers, including delivery, or for service employees whose weekly tips average less than the minimum hourly amounts shown above. The tip credit amount is the same for overtime hours.
- **Meals and lodging** – Your employer may take a limited amount of your wages for meals and lodging that they provide to you, as long as they do not charge you anything else. The rates and requirements are set forth in wage orders and summaries, which are available online.

**Extra Pay** you may be owed in addition to the minimum wage rates shown above:

- **Hourly rate and overtime** – You must be paid by the hour (not a salary or day rate). You must also be paid 1½ times your regular rate of pay (no less than amounts shown above) for weekly hours over 40 (or 44 for residential employees).
  *Exceptions*: An hourly rate and overtime is not required for salaried professionals, or for executives and administrative staff whose weekly salary is more than 75 times the minimum wage rate.
- **Call-in pay** – If you go to work as scheduled and your employer sends you home early, you may be entitled to extra hours of pay at the minimum wage rate for that day.
- **Spread of hours** – If your workday lasts longer than ten hours, you may be entitled to extra daily pay. The daily rate is equal to one hour of pay at the minimum wage rate.
- **Uniform maintenance** – If you clean your own uniform, you may be entitled to additional weekly pay. The weekly rates are available online.

LS 207.3 (12/18)                    Minimum Wage Poster                    **Post in Plain View**

# WE ARE YOUR DOL

NEW YORK | Department of Labor

# Attention
# Hospitality Industry Employees

Minimum Wage hourly rates effective 12/31/2019 – 12/30/2020

## New York City

| Large Employers (11 or more employees) | | Small Employers (10 or less employees) | |
|---|---|---|---|
| **Minimum Wage** | **$15.00** | **Minimum Wage** | **$15.00** |
| Overtime after 40 hours $22.50 | | Overtime after 40 hours $22.50 | |
| **Fast Food Worker** | **$15.00** | **Fast Food Worker** | **$15.00** |
| Overtime after 40 hours | $22.50 | Overtime after 40 hours | $22.50 |
| *Service Employee | **$12.50** | *Service Employee | **$12.50** |
| Overtime after 40 hours | $20.00 | Overtime after 40 hours | $20.00 |
| Resort – minimum tips | $8.40 | Resort – minimum tips | $8.40 |
| Others – minimum tips | $3.25 | Others – minimum tips | $3.25 |
| *Food Service Worker | **$10.00** | *Food Service Worker | **$10.00** |
| Overtime after 40 hours | $17.50 | Overtime after 40 hours | $17.50 |

## Long Island and Westchester County / Remainder of New York State

| Long Island and Westchester County | | Remainder of New York State | |
|---|---|---|---|
| **Minimum Wage** | **$13.00** | **Minimum Wage** | **$11.80** |
| Overtime after 40 hours $19.50 | | Overtime after 40 hours $17.70 | |
| **Fast Food Worker** | **$13.75** | **Fast Food Worker** | **$13.75** |
| Overtime after 40 hours | $20.63 | Overtime after 40 hours | $20.63 |
| *Service Employee | **$10.85** | *Service Employee | **$9.85** |
| Overtime after 40 hours | $17.35 | Overtime after 40 hours | $15.75 |
| Resort – minimum tips | $7.30 | Resort – minimum tips | $6.60 |
| Others – minimum tips | $2.80 | Others – minimum tips | $2.55 |
| *Food Service Worker | **$8.65** | *Food Service Worker | **$7.85** |
| Overtime after 40 hours | $15.15 | Overtime after 40 hours | $13.75 |

If you have questions or want to file a complaint, visit www.labor.ny.gov/minimumwage or call: **(888) 469-7365**.

**Credits and Allowances** that may reduce your pay below the minimum wage rates shown above:

- **Tips** – Your employer may use a limited amount of your tips to reduce your wages. This is called a tip credit. Your employer may take a tip credit only if your tips plus wages add up to at least the minimum wage. They must still pay at least the *wage rates shown above.

  Exceptions: No tip credit can be taken from any fast food workers, including delivery, or for service employees whose weekly tips average less than the minimum hourly amounts shown above. The tip credit amount is the same for overtime hours.

- **Meals and lodging** – Your employer may take a limited amount of your wages for meals and lodging that they provide to you, as long as they do not charge you anything else. The rates and requirements are set forth in wage orders and summaries, which are available online.

**Extra Pay** you may be owed in addition to the minimum wage rates shown above:

- **Hourly rate and overtime** – You must be paid by the hour (not a salary or day rate). You must also be paid 1½ times your regular rate of pay (no less than amounts shown above) for weekly hours over 40 (or 44 for residential employees).

  Exceptions: An hourly rate and overtime is not required for salaried professionals, or for executives and administrative staff whose weekly salary is more than 75 times the minimum wage rate.

- **Call-in pay** – If you go to work as scheduled and your employer sends you home early, you may be entitled to extra hours of pay at the minimum wage rate for that day.

- **Spread of hours** – If your workday lasts longer than ten hours, you may be entitled to extra daily pay. The daily rate is equal to one hour of pay at the minimum wage rate.

- **Uniform maintenance** – If you clean your own uniform, you may be entitled to additional weekly pay. The weekly rates are available online.

LS 207.3 (12/19)                 Minimum Wage Poster                 **Post in Plain View**

# Empire State Restaurant & Tavern Association

*Report From The Executive Director...Scott Wexler*

# April 2016

<u>Minimum Wage Increase Adopted...Tipped Wage Adjusted</u> - The State Legislature approved an increase in the state minimum wage as part of the enacted state budget. The minimum wage will increase to $15 per hour in NYC by December 31, 2018, except for small businesses with 10 employees or less who will see the minimum wage increase to $15 per hour by December 31, 2019. In Nassau, Suffolk and Westchester Counties the minimum wage will increase to $15 per hour by December 31, 2021.

In upstate New York, the minimum wage will increase to $12.50 per hour by December 31, 2020 after which the minimum wage will increase to $15 per hour over a period of time based on an index designed to measure the strength of the upstate economy. It could go up quickly or slowly depending on economic conditions. There's also a "safety valve" in place to evaluate ongoing economic conditions in the state and allows the Commissioner of Labor to "pause" the scheduled rate of the increase in the minimum wage if conditions warrant.

The new minimum wage law includes an adjustment in the cash wage for tipped food service workers. The law sets the cash wage at two-thirds the rate of the minimum wage. This is the historical relationship the cash wage has had to the minimum wage for the past thirty years. That was until the Wage Board acted last year to raise the cash wage by twice the rate the minimum wage was increased. This means that as the minimum wage increases over the next few years the cash wage will also increase so that it's always two-thirds of the minimum wage. The cash wage will eventually get up to $10 per hour when the minimum wage in each region gets to $15 per hour. To understand the impact of this on the cash wage for tipped food service workers, this results in a one year freeze in the cash wage for employers in NYC and a two year freeze for employers in Nassau, Suffolk and Westchester counties. Employers in the rest of the state will have a freeze in the cash wage for four years. We've included a chart that shows the minimum wage and corresponding cash wage for tipped food service workers.

While no state mandated increase in your cost of operations is good news, the "Fight for $15" created a lot of pressure on the State Legislature. It was only through the strong advocacy of the NYS Senate Republican Majority and their coalition partners, the Independent Democratic Conference, did the damage get contained. Getting the cash wage rate set at two-thirds of the minimum wage is a great victory. It's the way it's been for the past 30 years so it's fair to maintain it going forward. And it was set by the state legislature not an appointed body. This could not be achieved without the grassroots efforts of our members and the entire hospitality industry. While this will cause an increase in your operational costs, it's a far better deal than the wage board or the deal struck in in California this week.

12 Sheridan Avenue
Albany, NY 12207
www.esrta.org



**Drink** Responsibly.
**Drive Responsibly**.

518-436-8121
Fax  518-436-7287
esrta@verizon.net

<u>Paid Family Leave Program Also Included in State Budget</u> - New York State has adopted the most expansive paid family leave policy of any state. Effective January 2018, employees will be eligible for paid time off to care for the birth or adoption of a child, serious health condition of a family member, or a qualified military exigency as interpreted under the Family and Medical Leave Act. Key provisions of the act include:

- Applies to all private sector employers of one or more employees;
- Leave may be taken to participate in providing care, including physical or psychological care for a family member, to bond with the employee's child during the first twelve months after the child's birth, or the first twelve months after the placement of the child for adoption or foster care; or for a qualified military exigency as defined by the FMLA;
- Family member is defined as child, parent, grandparent, grandchild, spouse, or domestic partner;
- Employees must be employed for 26 weeks before they are eligible for paid family leave; (175 days for part-time employees);
- Employees returning from leave are entitled to return to their same or comparable position without loss of benefits they would have accrued otherwise;
- Employers must continue the employees' health insurance during leave as if they were not on leave;
- Benefit amounts shall be:
  - January 1, 2018; up to 8 weeks of leave at 50% of the employees average weekly wage to a maximum of 50% of the state's average weekly wage;
  - January 1, 2019; up to 10 weeks of leave at 55% of the employees average weekly wage to a maximum of 55% of the state's average weekly wage;
  - January 1, 2020; up to 10 weeks of leave at 60% of the employees average weekly wage to a maximum of 60% of the state's average weekly wage;
  - January 1, 2020 and thereafter; up to 12 weeks of leave at 67% of the employees average weekly wage to a maximum of 67% of the state's average weekly wage.
- Income replacement will be paid for by an insurance policy procured by the employer on behalf of the employee, the full cost of which will be paid by payroll contributions of the employee;
- When practicable, the employee should provide 30-days' notice of intent to take paid family leave;
- An employer may offer an employee who has accrued but unused vacation/personal leave to choose whether to charge all or part of the family leave time to this unused time and receive full salary; or, to not charge benefit time and receive the benefit provided.

This program is supposed to have no cost to employers, but even if employee premiums cover the full cost of the benefit, there's an administrative burden placed on all businesses. In addition, it could be a challenge having to temporarily replace a worker, especially for a small business. We were successful pushing back from the 4-week eligibility period in the original proposal to the six month waiting period for eligibility under the final plan.

There's also a "circuit breaker" included in the bill that will require the state Department of Financial Services to monitor the program to make sure it works as designed. And the law specifically states that "no employer shall be required to fund any portion of the family law benefit" so under no circumstances can business be forced to help pay for this program – unless the current system doesn't work and the law is changed. Another reason for us to remain diligent and stay engaged in the legislative and political process.