# Exhibit "E"

2017

Alicia
Name

Server Number 43

1/25
Pay Period

165.00
Amount

work one day wed 1/25 — Week oo — 17.00

Alicia Sprague
Name

Server Number 43

12/30    1/5
Pay Period

$ 200
Amount

Alicia Sprague
Name

Server Number 43

1/9 - 1/15
Pay Period

85
Amount

Alicia Sprague
Name

Server Number 43

2-12 - 2-19
Pay Period

Amount

Alicia Sprague
Name

Server Number 43

2/5 - / 2/12
Pay Period

98
Amount

Alicia Sprague
Name

Server Number 43

2/20    3/26
Pay Period

95
Amount

Alicia

Name

3/       3/19

Pay Period

43

Server Number

$ 120.00

Amount

---

Alicia Sprague

Name

3/19 — 3/26

Pay Period

43

Server Number

115.00

Amount

---

Sprague

Name

3/26 — 4/2

Pay Period

43

Server Number

135.00

Amount

---

Alicia Sprague

Name

4/2 — 4/9

Pay Period

43

Server Number

$ 188.00

Amount

---

Alicia Sprague

Name

4/9 — 4/16

Pay Period

43

Server Number

145.00

Amount

_alicia Sprague_
Name

_4/23/17 — 4/30/17_
Pay Period

_43_
Server Number

_120.00_
Amount

_Alicia_
Name

_4/17 — 4/23_
Pay Period

_US_
Server Number

_80_
Amount

_Alicia Sprgu_
Name

_S.23 / S-30_
Pay Period

_43_
Server Number

_150.00_
Amount

_Alicia Sprgu_
Name

_5/17_
Pay Period

_43_
Server Number

_165.00 + 20_    _285.00_
Amount

_Alicia Sprgue_
Name

_6/18_
Pay Period

_43_
Server Number

_130.00_
Amount

GUEST CHECK™

35145

| Date | Table | Guests | Server |
|------|-------|--------|--------|

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

Tax

Total

ProPak. 15788

Guest Receipt

| Date | Amount | Guests |
|------|--------|--------|

35145

---

Alicia Sprge

Name

6/8

Pay Period

43

Server Number

62-00

Amount

---

Alicia Spru

Name

6/15

Pay Period

43

Server Number

25

Amount

---

Alicia Sprague

Name

43

Server Number

_Alicia Sprague_
Name

_6.26 - 7-1_
Pay Period

43
Server Number

$250.00
Amount

_Alicia Sprague_
Name

_7/11 - 7-16_
Pay Period

43
Server Number

225.00
Amount

_Alicia Sprague_
Name

_7-24 - 7/30_
Pay Period

43
Server Number

125.00
Amount

_Alicia Sprague_
Name

_7/30 - 8/6_
Pay Period

43
Server Number

$240.00
Amount

**GIVE ME MY FING CHECKS LMAO**

Alicia Sprague
Name

8/13 - 8/19
Pay Period

43
Server Number

$ 160.00
Amount

Alicia Sprague
Name

8/1 - 8/13
Pay Period

43 & 1 for 32.
Server Number

$55.00
Amount

Alicia Sprague
Name

8/15 - 8/27
Pay Period

43
Server Number

$ 289.00
Amount

Alicia Sprague
Name

9/3
Pay Period

43
Server Number

$ 220
Amount

Alicia Sprague
Name

9-9 / 9/10
Pay Period

43
Server Number

160.00
Amount



125.60
Alicia 43
9/11 9-17

Alicia Sprague

Name

9-18- 9/24

Pay Period

43

Server Number

340

Amount

Alicia Sprague

Name

9-25 - 10-1

Pay Period

43

Server Number

85.00

Amount

Name Alicia Sprague

10-1 - 10-8-

Pay Period

43

Server Number

185.00

Amount

Alicia Sprague

Name

10/21    10-04

Pay Period

43

Server Number

175.00

Amount

---

Alicia

Name

10/22 - 10/29

Pay Period

43

Server Number

156.00

Amount

---

Alicia

Name

10-31 — 11-5

Pay Period

43

Server Number

130.00

Amount

---

Alicia Sprague

Name

11-7 - 11-14

Pay Period

43

Server Number

135.00

Amount

Name: Alicia Sprague

Pay Period: 12-10 - 12-16

Server Number: 43

Amount: 195.00

Name: Alicia

Pay Period: 12|4    12|10

Server Number: 43

Amount: $ 75.00

Name: Alicia Sprague

Pay Period: 11/06 - 11/12

Server Number: 43

Amount: 195.00

Name: Alicia Sprague

Pay Period: 11/21 - 11/25

Server Number: 43

Amount: 215.00

2018

Alicia Sprague
Name

1-7 – 1-21
Pay Period

43
Server Number

$110.00
Amount

A Sprague
Name

1/20
Pay Period

43
Server Number

$60.00
Amount

A Sprague
Name

1/26
Pay Period

43
Server Number

35
Amount

A Sprague
Name

2/4
Pay Period

43
Server Number

180.
Amount

Alicia Sprague
Name

2/(— 2/11
Pay Period

43
Server Number

80.00
Amount

Name: Alicia Sprague

Pay Period: 2| — 2/17

Server Number: 43

Amount: 100

Name: Alicia Sprague

Pay Period: 2 21 — 2/28

Server Number: 43

Amount: 165

Name: Alicia Sprague

Pay Period: 3.3 — 3-11

Server Number: 43

Amount: 120

Name: Al...

Pay Period: B 4 — B-11

Server Number: 43

Amount: 165.00

*Alicia Sprague*
Name

43
Server Number

3-10 · 3-18
Pay Period

170.00
Amount

*Alicia Sprague*

3-19 – 3-25

43

$ 150.

Alicia Sprague
Name

43
Server Number

4/25
Pay Period

150.00
Amount

*Alicia Sprague*
Name

43
Server Number

4/21   4/29
Pay Period

50.00
Amount



Name _Alicia_

Pay Period _4/29    5/6_

Server Number _43_

Amount _150.00_

_150_

---

Name _Alicia_

Pay Period _5/5 - 18   5/13_

Server Number _43_

Amount _240.00_

---

Name _Alicia Joyce_

Pay Period _5/13 · 5-20_

Server Number _43_

Amount _$2450.00_

---

Name _Alicia Sprague_

Pay Period _5/17 - 5/24_

Server Number _43_

Amount _$135.00_

---

Name _Alicia_

Pay Period _5/26_

Server Number _43_

Amount _$295.00_

_Alicia Sprague_
Name

S-21.      6-3
Pay Period

_43_
Server Number

$160.00
Amount

_Alicia Sprague_
Name

6/4 — 6-10
Pay Period

_43_
Server Number

135.00
Amount

_Alicia_
Name

6-10- 6-17
Pay Period

_43_
Server Number

$120.00
Amount

_A.Licia_
Name

6/21 — 7/1
Pay Period

_43_
Server Number

$245.00
Amount

_Alicia Sprague_
Name

6/30 — 7/8
Pay Period

Server Number 43

195.00
Amount

_Alicia Sprague_
Name

_Pay Period_

_43_
Server Number

_____
Amount

_Alicia Sprague_
Name

_7/8 — 7/15_
Period

_43_
Server Number

$ _200 .00_
Amount

_ASc_
Name

_____
Pay Period

_43_
Server Number

_263_
Amount

_Alicia Sprague_
Name

_7/22_
Pay Period

_43_
Server Number

_200_
Amount

_Alicia Sprague_
_43_
_Tip Slip_
_8/27 - 9/2  $ 265_

Name

Pay Period 8/13 / 8-19

Server Number 43

Amount

Name

Pay Period 9/12

Server Number 43

Amount 105.00

Name Alicia

Pay Period 9/5 — 9/9

Server Number 43

Amount 255.00



_Alicia Sprague_
Name

_9/16 - 9/23_
Pay Period

_43_
Server Number

_225.00_
Amount

_Alicia Sprague_
Name

_9/25 - 9/30_
Pay Period

_43_
Server Number

$ _95.00_
Amount

_Alicia Sprague_
Name

_9-30 - 10-7_
Pay Period

_43_
Server Number

_190.00_
Amount

_Alicia Sprague_
Name

_10/15 - 10-21_
Pay Period

_43_
Server Number

$ _.90_
Amount

_Alicia Sprague_
Name

_10-18- 10/27_
Pay Period

_43_
Server Number

$ _190.00_
Amount

Alicia Sprague

Name

43

Server Number

11-6 — 11-11

Pay Period

95.00

Amount

---

Alicia Sprgue

Name

43

Server Number

11-18-11-25

Pay Period

$135.00

Amount

---

Alicia Sprgue

Name

43

Server Number

11-26 - 12 2

Pay Period

$237.00

Amount

---

Alicia Sprague

Name

43

Server Number

12-1    12-9

Pay Period

$235.00

Amount

---

Alicia

Name

43

Server Number

12-10 - 12-16

Pay Period

$170.00

Amount

Julia Sprague
Name

12/27    17/31
Pay Period

LB
Server Number

$ 100.00
Amount





A Sprague

Name

4/15 - 4-21-

Pay Period

43

Server Number

$75

Amount


Alicia Sprague

Name

4-10 - 4-18

Pay Period

43

Server Number

$100

Amount


A Sprayer

Name

4/1 - 4/7

Pay Period

43

Server Number

$160.00

Amount


Alicia

Name

3/24 - 3/31

Pay Period

43

Server Number

$105

Amount


Alicia

Name

43

Server Number



Total

Transfer to front

Thank You!

Name

Pay Period

17 - 1-13.

12-31-1-4

Server Number

C13

$ 153 00
Amount

125.00

Name

Pay Period

2-7    2-13

Server Number

4R

150

Amount

Alicia S

Name

2.25 - 3.3-

Pay Period

43

Server Number

$110 00

Amount

A Sprague

Name

3-3 - 3/10

Pay Period

43

Server Number

126.00

Amount