UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

ALICIA SPRAGUE,

                              Plaintiff,

      -against-                                                3:19-CV-1263 (LEK/MJ)

T.C. INN d/b/a THE OLD
SCHOOLHOUSE INN & RESTAURANT
& JULIE MARKERT,

                              Defendants.

## **<u>DECISION AND ORDER</u>**

### **I.  INTRODUCTION**

Presently before the Court is Plaintiff's motion for attorney's fees. Dkt. Nos. 46 ("Motion"), 46-2 ("Plaintiff's Memorandum of Law"), 49 ("Defendants' Opposition and Cross-Motion"), 49-6 ("Defendants' Memorandum of Law"), 50 ("Plaintiff's Response"), 51 ("Defendants' Reply"). The Court previously deferred Plaintiff's motion for attorney's fees until the Court received the terms of Plaintiff's fee arrangement. <u>See</u> Dkt. No. 53 ("October Order"). Now that Plaintiff has provided the necessary information, <u>see</u> Dkt. No. 55, Plaintiff's motion for attorney's fees is denied.

### **II.  DISCUSSION**

As discussed in the October Order, district courts within the Second Circuit tend to deny motions for attorney's fees without prejudice pending the resolution of an appeal on the merits. <u>See</u> October Order at 4 (collecting cases). In this case, the Court will follow the approach offered by these sister courts. Thus, Plaintiff's motion is denied without prejudice to renew within 14 days of the entry of the appellate mandate on the docket.

### III.   CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that Plaintiff's motion for attorney's fees (Dkt. No. 46) is **DENIED without prejudice** to its renewal within 14 days of the entry of the appellate mandate on the docket sheet maintained by the Clerk of Court for this case; and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:    November 01, 2021
                   Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge